# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF:** A residence located at 827 12th Street, Havre, Montana 59501 | MJ-20-88-GF-JTJ<br><br>**ORDER** |

The United States has submitted an application to seal the filings in this matter and the Court finds there is reason to believe that sealing this proceeding at this time is necessary in order to not jeopardize an ongoing criminal investigation.

IT IS THEREFORE ORDERED that this case and all pleadings in it, including the Application and Affidavit for Search Warrant and Search Warrant filed herein, are SEALED. This case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment or Information by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this  13th  day of November, 2020.

_____
Hon. John T. Johnston
United States Magistrate Judge